UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-mj-03195-JG

UNITED STATES OF AMERICA

v.

MARLON ROYER,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office Prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
Eli S. Rubin
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel (305) 961-9247
Fax (305) 530-7976
Email: Eli.Rubin@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint  AUSA RUBIN

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

v.

MARLON ROYER

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:19-mj-03195-JG

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 27, 2019, at the Port of Miami, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, MARLON ROYER, did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, 500 grams or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(2); and did knowingly and intentionally possess, with the intent to distribute a Schedule II controlled substance, that is, 500 grams or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am a Special Agent and that this complaint is based on the following facts:

Customs and Border Protection (CBP) Officers boarded Carnival Conquest cruise ship to conduct routine cabin searches at the Port of Miami upon the vessel's arrival in the United States. The vessel arrived from various ports including San Juan, Puerto Rico and St. Thomas Island. During a border search of ROYER's cabin, K-9 alerted CBP Officers to the presence of controlled substances inside a locked backpack belonging to ROYER. ROYER provided CBP Officers with a key to the backpack, wherein CBP Officers found four (4) vacuum-sealed bags containing a white powdery substance. A field test of the white powdery substance proved positive for the presence of cocaine. The total estimated weight of the cocaine was approximately 4.3 kilograms.

OSTEN BERRY, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

**JULY 27, 2019**          at     **Miami, Florida**
Date                                City and State

JONATHAN GOODMAN
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer

Signature of Judicial Officer

Jonathan Goodman
U.S. Magistrate Judge